# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Abdelbasset Elserwi, | Case No. 20-cv-2069 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| DHS/ICE, | |
| Defendant. | |

Abdelbasset Elserwi, Freeborn County Jail, P.O Box 170, Albert Lea, MN 56007, Plaintiff Pro Se.

Ana H .Voss, Ann M. Bildtsen, and Liles Harvey Repp, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendant.

This matter is before the Court on the Report and Recommendation dated March 4, 2021 issued by United States Magistrate Judge Hildy Bowbeer [Doc. No. 11]. No party has filed objections to the Report and Recommendation in the time period permitted by the Local Rules. Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [Doc. No. 11] is **ADOPTED**.

2. This matter is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 29, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge